JIM BANKS, ALIAS DIRTY RED, v. THE STATE.

No. 2777.   Decided November 19, 1913.

**Murder—Transcript—Practice on Appeal.**

Where, upon appeal from a conviction of murder in the first degree with the death penalty assessed, no statement of facts or bills of exception accompanied the record, there was nothing to review.

Appeal from the Criminal District Court of Dallas.   Tried below before the Hon. W. L. Crawford.

Appeal from a conviction of murder in the first degree; penalty, death.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

HARPER, JUDGE.—Appellant was prosecuted and convicted of murder

in the first degree and his punishment assessed at death, from which judgment he prosecutes this appeal.

There are no bills of exceptions nor statement of facts accompanying this record. We always regret to have records come before us in a way that we can not review the questions sought to be raised on the motion for a new trial, where a person convicted desires to prosecute an appeal; and more especially do we do so in a case where the death penalty has been inflicted. Several grounds of alleged error are assigned in the motion for a new trial, but it is impossible for us to review any of them in the absence of a statement of facts and bills of exception; consequently there is nothing we can do but affirm the judgment.

Affirmed.

*Affirmed.*